845 F.2d 1010
 Brown (Virginia), Estate of Brown (Lawrence), Spina (Joan
Brown), Brown (John, Thomas R.)
v.
County of Chester, Follweiler (Brent S., M.D.), Delaware
Valley Transplant Program, Harrell (Arthur), Nathan
(Howard), Brandywine Hospital, Ledwin (Norman), Argires
(James P., M.D.), Oullette (Philippe), Wagner (Charles R.,
M. D.), Heed (Samuel)
 NO. 87-1477
 United States Court of Appeals,
Third Circuit.
 MAR 23, 1988
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.